# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0264
LT Case No. 16-2013-CF-4966-A

———————————————

TRACY LEE COHEN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.800 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Tracy Lee Cohen, Cross City, pro se.

No Appearance for Appellee.

June 11, 2025

PER CURIAM.

AFFIRMED. *See Wainwright v. State*, 50 Fla. L. Weekly S108 (Fla. June 3, 2025) (rejecting Wainwright's argument that *Erlinger v. United States*, 602 U.S. 821 (2024), constitutes a new rule of law that should apply retroactively to his case "because even if *Erlinger* constitutes a change of law, it does not apply retroactively" as it "is not a development of fundamental significance under our existing retroactivity test").

EDWARDS, C.J., and LAMBERT and JAY, JJ., concur.

—————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

—————————————————————